**Entered on Docket
October 20, 2011**

_____
**Hon. Bruce T. Beesley
United States Bankruptcy Judge**

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada  89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
**E-mail: mail@asmithlaw.com**

Counsel for Debtor

*ELECTRONICALLY LODGED*
*October 19, 2011*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| | |
|---|---|
| In Re: | Case No. BK-N-11-50615-BTB |
| TEE INVESTMENT COMPANY, a Nevada Limited Partnership, dba LAKERIDGE APARTMENTS, | Chapter 11 |
| Debtor. | **ORDER APPROVING DEBTOR'S FIRST AMENDED DISCLOSURE STATEMENT** |
| _____/ | Hearing Date:  July 21, 2011<br>Hearing Time:  2:00 p.m. |

Debtor, TEE INVESTMENT COMPANY, ("Debtor"), by and through its counsel, ALAN R. SMITH, ESQ., filed its Debtor's First Amended Disclosure Statement on September 9, 2011 [**Dkt. #59**], which included changes ordered by the Court.  The Court finding that the First Amended Disclosure Statement contains "adequate information" as that term is defined in 11 U.S.C. § 1125, therefore, it is hereby ORDERED that:

    1.    Debtor's First Amended Disclosure Statement is **APPROVED**;

    2.    The Debtor may solicit acceptances or rejections of its Amended Plan of Reorganization pursuant to 11 U.S.C. § 1125;

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\Tee Investment\Plan & DS\Ord App DS (2nd amd) 101911-dlg.wpd

1      3.    All objections to the Debtor's Amended Plan of Reorganization shall be
2  filed and served upon Debtor's counsel on or before **January 12, 2012.**

3      4.    The Debtor shall file any responsive pleading to objections to the Debtor's
4  Amended Plan of Reorganization on or before **January 19, 2012.**

5      5.    All ballots for the acceptance or rejection of Debtor's Amended Plan of
6  Reorganization must be received by Debtor's counsel on or before **January 23, 2012.**

7      6.    The Debtor shall file a ballot summary pursuant to Local Rule 3018 on or
8  before **January 25, 2012.**

9      7.    Confirmation hearings with be conducted on **January 26 and 27, 2012 at**
10 **9:00 a.m.**

11     8.    The last day for creditors to file complaints against the Debtor(s) for non-
12 dischargeability of a debt, pursuant to 11 U.S.C. § 1141(d) and Fed. R. Bankr. P. 4004(a),
13 shall be **January 25, 2012**, and notice of said bar date shall be given to creditors and other
14 parties in interest.

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

■ I have delivered a copy of the proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing:

**APPROVED**/DISAPPROVED

DUANE MORRIS, LLP

By:    /s/ Rosanne Ciambrone
      Rosanne Ciambrone, Esq.
      Attorney for WBCMT 2006-C27 Plumas Street, LLC

Unrepresented parties appearing: **NONE**.

///

**Law Offices of**
**ALAN R. SMITH**
**505 Ridge Street**
**Reno, Nevada 89501**
**(775) 786-4579**

H:\Tee Investment\Plan & DS\Ord App DS (2nd amd) 101911-dlg.wpd   - 2 -

1      Trustee:
    No Appearance at hearing; no additional service required.

2

☐   I certify that this is a case under Chapter 7 or 13, that I served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

RESPECTFULLY SUBMITTED BY:

LAW OFFICES OF ALAN R. SMITH
By:    */s/ Alan R. Smith*
    ALAN R. SMITH, ESQ.
    Attorney for Debtor

###

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Tee Investment\Plan & DS\Ord App DS (2nd amd) 101911-dlg.wpd    - 3 -